■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREA DOWNES, Appellant. [821 NYS2d 759]—Judgment, Supreme Court, New York County (William A. Wetzel, J.), rendered November 1, 2004, convicting defendant, after a jury trial, of grand larceny in the second degree and forgery in the second degree, and sentencing her to concurrent terms of 4 to 12 years and 2½ to 7 years, respectively, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility. The evidence clearly established that the transactions at issue were unauthorized, and that it was defendant who made them. Concur—Andrias, J.P., Nardelli, Gonzalez, Sweeny and Catterson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY ROLLINS, Also Known as DONALD BEAUCHENE, Appellant. [821 NYS2d 759]—

Order, Supreme Court, New York County (Ruth Levine Sussman, J.), entered on or about April 11, 2005, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly invoked the overriding factor of infliction of serious physical injury. Along with rape and sodomy, defendant was tried and found guilty of assault in the first degree, which requires serious physical injury. In classification proceedings, "[f]acts previously proven at trial or elicited at the time of entry of a plea of guilty shall be deemed established by clear and convincing evidence and shall not be relitigated" (Correction Law § 168-n [3]). In any event, the People also established the element of serious physical injury at the classification hearing. Concur—Andrias, J.P., Nardelli, Gonzalez, Sweeny and Catterson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSLAN KURNOY, Appellant. [822 NYS2d 474]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about March 24, 2004, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Nardelli, Gonzalez, Sweeny and Catterson, JJ.